# EXHIBIT "A"

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT IN
AND FOR BROWARD COUNTY,
FLORIDA

NELSON CASTOIRE,

**12 0 0 4 0 2 4**

Plaintiff,

CASE NO. _____

vs.

METROPCS FLORIDA, LLC,

**02**

Defendant.

_____/

## SUMMONS

~~rveu~~
On _2-17-12_ a. _10:78~~_

Herman ~~Motners~~
Special Process Server #2
Leon County, Florida

THE STATE OF FLORIDA:

To Each Sheriff of the State of Florida:

**YOU ARE HEREBY COMMANDED** to serve this summons and a copy of the
complaint or petition in this action on Defendant:

**METROPCS FLORIDA, LLC,** a Florida limited liability company
CORPORATION SERVICE COMPANY (Registered Agent)
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525 US

Each Defendant is required to serve written defenses to the complaint or petition on
Plaintiff's attorney, to-wit:

Dana M. Gallup, Esq.
Law Offices of Dana M. Gallup, P.A
4000 Hollywood Boulevard,
Suite 265 South
Hollywood, Florida 33021
Tel: (954) 894-3035

within 20 days after service of this summons on that defendant, exclusive of the day of service,

and to file the original of the defenses with the clerk of this court either before service on

plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

**DATED** on this ___14___ day of February 2012

_____
As Clerk of the Court

By: _____
As Deputy Clerk

*Sandra Reyes*

A TRUE COPY
CIRCUIT/COUNTY
COURT SEAL

Dana M. Gallup, Esq.
Florida Bar No.: 0949329
Law Offices of Dana M. Gallup, P.A.
4000 Hollywood Boulevard
Suite 265 South
Hollywood, Florida 33021
Telephone: (954) 894-3035

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme di-dessous.

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT IN
AND FOR BROWARD COUNTY, FLORIDA

NELSON CASTOIRE,

    Plaintiff,

**1 2 0 0 4 0 2 4**

CASE NO. _____

vs.

METROPCS FLORIDA, LLC,

**A TRUE COPY**

    Defendant.

FEB 1 4 2012

_____/

CLERK OF COURT

**0 2**

### COMPLAINT

Plaintiff, NELSON CASTOIRE ("CASTOIRE"), by and through his undersigned attorney, sues Defendant, METROPCS FLORIDA, LLC. ("MetroPCS"), and alleges as follows:

### General Allegations

1.   This is an action for damages in excess of $15,000.00, exclusive of attorneys' fees, interest and costs brought under the Florida Civil Rights Act ("FCRA").

2.   This Court has jurisdiction over the Defendant, MetroPCS, pursuant to Florida Statutes, §48.193.

3.   Venue is proper in Broward County, Florida, pursuant to Florida Statutes, §47.051, since all of the claims accrued in Broward County, Florida; Defendant, MetroPCS has a representative or agent in Broward County, Florida; Defendant, MetroPCS does business in Broward County, Florida and the Plaintiff worked at one of MetroPCS' stores in Broward County and he resides in Broward County, Florida.

4.   CASTOIRE is a male individual of Puerto Rican national origin, *sui juris,* residing in Broward County, Florida.

5.   Defendant, MetroPCS, is a foreign limited liability company doing business in Broward County, Florida.

6.    MetroPCS is a provider of wireless cellular phone service with several retail store locations throughout the United States, including within the State of Florida and Broward County, Florida.

7.    On or about September 17, 2001, CASTOIRE began working for MetroPCS as a senior field engineer for the South Florida Region. He was hired by and reported to the Director of Field Operations, Mac Dennis (Black).

8.    On or about March 1, 2004, CASTOIRE was promoted by Mr. Dennis to the position of Manager of Field Operations.

9.    After Mr. Dennis left the Director of Field Operations position in or about 2005 or 2006, CASTOIRE applied for the open position. However, CASTOIRE was not offered the position. At the time, he was informed by the general manager, Leon Garza (White, unknown national origin), that he was not promoted because of "the way he spoke." Mr. Garza informed CASTOIRE that he needed to brush up on his speech so he could speak like a "white collar" rather than "blue collar" worker. CASTOIRE then enrolled in a Dale Carnegie course in public speaking and received the course's highest achievement award.

10.    MetroPCS offered the Director of Field Operations position to Robert Brennan (White, Non-Puerto Rican), and Mr. Brennan then became CASTOIRE's direct supervisor.

11.    On or about March 20, 2007, after Mr. Brennan was terminated by MetroPCS, CASTOIRE again applied for the Director of Field Operations position. The regional vice president of network operations, Barry Swinscoe (White, Non-Hispanic) declined to promote CASTOIRE. Instead, the position was offered to Thomas Browning (White, Non-Puerto Rican), who became CASTOIRE's next supervisor.

12.    On or about July 16, 2007, after nearly six (6) years of successful employment at MetroPCS, CASTOIRE was demoted to the position of Senior Field Engineer. The demotion was

Law Offices of Dana M. Gallup, P.A. • 4000 Hollywood Blvd, Suite 265 South • Hollywood, FL 33021• Tel (954) 894-3035 • Fax (954) 241-6585

purportedly based upon CASTOIRE's failure to timely complete reports and allegedly making misrepresentations regarding the completion of reports. Upon information and belief, the decision to demote CASTOIRE was made by Mr. Swinscoe and Mr. Garza.

     13.  Following his demotion, CASTOIRE reported to Ken Ible (Black).

     14.  On or about December 4, 2007, CASTOIRE applied for a promotion to the position of Director of Field Operations based in New York, New York. Mr. Browning declined to recommend CASTOIRE for the position and, as a result, CASTOIRE was not promoted.

     15.  On or about April 11, 2008, CASTOIRE received a counseling from Mr. Ible for purportedly shutting down a system resulting in an interruption to cell phone service.

     16.  On or about April 24, 2008, CASTOIRE was terminated by MetroPCS, and more specifically Mr. Browning, because he purportedly caused an interruption in cell phone service by beginning a call inhibiting process at a substation at 11:00 P.M. rather than at midnight.

     17.  CASTOIRE asserts that the reason given for his termination is a pretext for discrimination and that he was disparately treated based upon his Puerto Rican national origin. Specifically, CASTOIRE and other engineers had routinely performed call inhibiting services in the past prior to midnight. Additionally, the engineer who was working with CASTOIRE on the night in question, Euthen Coombs (Black Jamaican) participated in the call inhibiting process prior to midnight, yet he was not terminated nor did he receive any disciplinary action whatsoever for the alleged violation of company policy or practice of not performing call inhibiting services before midnight.

     18.  On August 30, 2008, CASTOIRE filed a Charge of Discrimination ("Charge") with the U.S. Equal Employment Opportunity Commission (EEOC). The Charge was dual filed with the Florida Commission on Human Relations ("FCHR"). A copy of the Charge is attached hereto as Exhibit "A."

3

Law Offices of Dana M. Gallup, P.A. • 4000 Hollywood Blvd, Suite 265 South • Hollywood, FL 33021• Tel (954) 894-3035 • Fax (954) 241-6585

19.   More than 180 days have elapsed since the filing of the Charge with the FCHR and the FCHR rendered no determination in the case. As such, pursuant to Fla. Stat. §760.11, CASTOIRE has exhausted his administrative remedies under the FCRA and has timely filed this civil action within four years of his termination.

20.   All conditions precedent to this action have been performed, waived or otherwise excused

21   CASTOIRE has retained the undersigned law firm to represent her in this action and has agreed to pay the firm a reasonable fee for its services.

### Count I
### Violation of FCRA (National Origin Discrimination)

22.   This is an action for national origin discrimination in violation of the Florida Civil Rights Act ("FCRA").

23.   CASTOIRE reasserts the general allegations set forth above and incorporates them herein by this reference.

24.   MetroPCS, by and through its managers, violated the FCRA by subjecting CASTOIRE to disparate treatment based on his Puerto Rican national origin

25.   As a result of MetroPCS' violation of the FCRA, CASTOIRE has suffered damages including lost wages, lost benefits, emotional distress and other compensatory damages

26.   CASTOIRE is entitled to an award of punitive damages pursuant to Fla Stat 760.11(5).

27.   CASTOIRE is entitled to recover attorney's fees and court costs pursuant to Section 760.11(5), Florida Statutes.

WHEREFORE, Plaintiff, NELSON CASTOIRE, prays that this Court will enter a judgment against Defendant, METROPCS FLORIDA, LLC., for damages including back pay, prejudgment interest; front pay in lieu of reinstatement, lost benefits, compensatory damages, including but not

4

limited to emotional distress damages, punitive damages, attorney's fees, costs, and any other relief that may be appropriate.

### Demand for Jury Trial

Plaintiff, NELSON CASTOIRE, demands a trial by jury of all issues so triable by right of jury under state law.

Dated this 13th day of February, 2012.

LAW OFFICES OF DANA M. GALLUP, P.A.
*Counsel for Plaintiff*
4000 Hollywood Boulevard
Presidential Circle-Suite 265 South
Hollywood, Florida 33021
Telephone:     (954) 894-3035 (Ext. 235)
Facsimile:     (954) 241-6585
E-mail:        dgallup@gallup-law.com

By: _____
    DANA M GALLUP
    Florida Bar No.: 0949329

# Exhibit "A"

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| | FEPA | |
| X | EEOC | 510-2008-03264 |

and EEOC

## Florida Commission on Human Relations
*State or local Agency, if any*

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* |
|---|---|
| Nelson Castoire | (954) 345-6224 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 1015 N.W. 117th Avenue | Coral Springs, FL  33071 | 04-01-61 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(if more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| Metro PCS | Over 15 Employees | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1000 Sawgrass Corp. Pkwy-Ste 400 | Sunrise, FL  33323 | |

| NAME | | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|---|
| | | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

| CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))* | DATE DISCRIMINATION TOOK PLACE | |
|---|---|---|
| ☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN  ☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify) | 07-09-07 | 04-24-08 |
| | CONTINUING ACTION | |

THE PARTICULARS ARE *(if additional paper is needed, attach extra sheet(s)):*

On July 9, 2007 I learned that I had been denied a promotional opportunity to the position of Director of Field Operations. Respondent selected a Caucasian male (Tom Browning). On July 24, 2007, Tom Browning demoted me from my position of Manager (after less than one month with the company). At this point, Respondent failed to utilize it's disciplinary policy to warrant my being demoted (I received a final warning but none prior to that). On or about 01-15-08 I applied (again) for the position of Director of Field Operations (NY) and my application was denied by Mr. Browning. Mr. Browning subsequently terminated me from my position of Sr. Field Engineer.

I believe that I have been discriminated against because of my national origin (Hispanic/Puerto Rican) in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - *(When necessary for State and Local Requirements)* |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| *[signature]*  Data 04-30-08  Charging Party *(Signature)* | *[signature]*  SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(Day, month, and year)* |

EEOC FORM 5 (REV  3/01)

*****DHDEZ (04-30-08)*****